UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHAUNCEY PHELPS,

                                        Plaintiff,

                                                              DECISION AND ORDER

                                                              11-CV-6126L

                    v.

DAVE QUINN,
COLLEEN HESLOR,
CHRIS HALEY,
ROCHESTER PSYCHIATRIC CENTER,

                                        Defendants.
_____

        Plaintiff's second motion for reconsideration (Dkt. #11) is in all respects denied.

        IT IS SO ORDERED.

                                        _____
                                                DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
           September 13, 2011.